# United States of America
### United States Patent and Trademark Office



**Reg. No. 3,749,671**
Registered Feb. 16, 2010

**Int. Cl.: 43**

**SERVICE MARK**
**PRINCIPAL REGISTER**

SAHARA, INC. (LOUISIANA CORPORATION)
1103 WEST PINHOOK ROAD
LAFAYETTE, LA 70503

FOR: CAFE AND RESTAURANT SERVICES; CAFE-RESTAURANTS; CAFETERIA AND RESTAURANT SERVICES; CARRY-OUT RESTAURANTS; FAST FOOD AND NON-STOP RESTAURANT SERVICES; FAST-FOOD RESTAURANTS; FAST-FOOD RESTAURANTS AND SNACKBARS; HOTEL AND RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 2-1-2007; IN COMMERCE 2-1-2007.

OWNER OF U.S. REG. NO. 3,641,789.

THE COLOR(S) GREEN, RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FRESH FOOD ON THE GO", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A WHITE OVAL BORDER ON A GREEN BACKGROUND, IN THE CENTER OF THE WHITE OVAL IS THE WORD "ZEUS" IN A STYLIZED FORMAT, ALL IN WHITE, WHEREIN A LARGE CAPITAL LETTER "Z" IS FLIPPED SO THAT IT'S MIRROR TAKES THE PLACE OF THE "S" IN "ZEUS" AND THE "EU" IN BETWEEN ARE SLIGHTLY SMALLER LETTERS AND ARE REPRESENTED BY THE GREEK UPPER CASE LETTER SIGMA AND THE LOWER CASE LETTER UPSILON RESPECTIVELY, ABOVE THE WORD "ZEUS", RUNNING PARALLEL WITH THE CURVE OF THE WHITE OVAL, ARE THE WORDS "FRESH FOOD" IN RED CAPITAL LETTERS OUTLINED IN WHITE, WITH THE FIRST LETTER OF EACH WORD BEING SLIGHTLY LARGER THAN ALL OTHER LETTERS IN THAT WORD, BELOW THE WORD "ZEUS", RUNNING PARALLEL WITH THE CURVE OF THE WHITE OVAL, ARE THE WORDS "ON THE GO" IN RED CAPITAL LETTERS OUTLINED IN WHITE, WITH THE FIRST LETTER OF EACH WORD BEING SLIGHTLY LARGER THAN ALL OTHER LETTERS IN THAT WORD.

SER. NO. 77-779,885, FILED 7-13-2009.

SETH A. RAPPAPORT, EXAMINING ATTORNEY

Director of the United States Patent and Trademark Office

**EXHIBIT B**