Int. Cl.: 43

Prior U.S. Cls.: 100 and 101

**United States Patent and Trademark Office**

Reg. No. 3,641,789
Registered June 23, 2009

## SERVICE MARK
### PRINCIPAL REGISTER



SAHARA, INC. (LOUISIANA CORPORATION)
1103 WEST PINHOOK ROAD
LAFAYETTE, LA 70503

   FOR: HOTEL, BAR AND RESTAURANT SERVICES, IN CLASS 43 (U.S. CLS. 100 AND 101).

   FIRST USE 8-1-2002; IN COMMERCE 8-1-2002.

   NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GREEK AND LEBANESE CAFE", APART FROM THE MARK AS SHOWN.

   THE COLOR(S) GOLD, GREEN AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

   THE MARK CONSISTS OF THE WORD "ZEUS" IN A STYLIZED FORMAT, ALL IN GOLD, WHEREIN A LARGE CAPITAL LETTER "Z" IS FLIPPED SO THAT IT'S MIRROR TAKES THE PLACE OF THE "S" IN "ZEUS" AND THE "EU" IN BETWEEN ARE SLIGHTLY SMALLER LETTERS AND ARE REPRESENTED BY THE GREEK UPPER CASE LETTER SIGMA AND LOWER CASE LETTER UPSILON RESPECTIVELY, BELOW THE WORD "ZEUS" IS A GOLD BAR AND BELOW THAT ARE THE WORDS "GREEK AND LEBANESE CAFE" IN ALL CAPS AND COLORED GREEN. THE COLOR BLACK APPEARS IN THE SHADOW OF THE WORDING "ZEUS". THE COLOR WHITE IN THE BACKGROUND IS NOT CLAIMED AS A FEATURE OF THE MARK.

   SER. NO. 77-311,338, FILED 10-23-2007.

ANGELA GAW, EXAMINING ATTORNEY

# EXHIBIT C